PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERT
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $1,167,233.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America, potential claimant Sharon Mann ("Mann" or "claimant"), by and through their respective counsel, and potential claimant, Jairi Carter ("Carter" or "claimant"), appearing *in propria persona*, as follows:

1. On or about February 7, 2023, claimant Sharon Mann filed a claim in the administrative forfeiture proceedings with the U.S. Customs and Border Protection with respect to the Approximately $1,167,233.00 in U.S. Currency (hereafter "defendant currency"), which was seized on December 13, 2022.

2. On or about March 15, 2023, claimant Jairi Carter filed a claim in the administrative forfeiture proceedings with the U.S. Customs and Border Protection with respect to the Approximately $1,167,233.00 in U.S. Currency (hereafter "defendant currency"), which was seized on December 13, 2022.

3. The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the

1

1. claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

2. 4. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is May 8, 2023.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 7, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 7, 2023.

Dated: May 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney

Dated: May 5, 2023

KIRK T. KENNEDY
Attorney for potential claimant
Sharon Mann

Dated: May 5, 2023

JAIRI CARTER
Potential Claimant
Appearing *in propria persona*

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE